IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLLSTOCK, INC. : | |
| : | MISCELLANEOUS ACTION |
| v. : | |
| : | NO. 22-MC-20 |
| SUPPLYONE, INC. : | |

### O R D E R

**AND NOW**, this 6th day of May 2022, upon consideration of Plaintiff Rollstock's Motion to Compel Production and Inspection (ECF No. 1), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **DENIED** as to Request Numbers 2-6, 11-12, 14-15, 17, and 20;

2. The Motion is **GRANTED** as to Request Numbers 1, 7-10, 13, 16, 18, and 21. ALL must produce documents responsive to these requests to the extent it has not already provided such documents to SupplyOne or Rollstock; and

3. The Motion is **GRANTED** as to Rollstock's request to inspect the Machine and ALL is ordered to permit such an inspection; and

ALL shall produce all responsive documents within 20 days of this Order and shall permit Rollstock to conduct an inspection of the Machine within 45 days.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**